# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

V.

MICHAEL J. BEDWELL

**WAIVER OF INDICTMENT**

CASE NUMBER:   17-00200-CG

I, __MICHAEL J. BEDWELL__, the above named defendant, who is accused of

18 U.S.C. § 1344, Bank Fraud

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ prosecution by

indictment and consent that                                    *Date*

the proceeding may be by information rather than by indictment.

_____
Michael J. Bedwell,   Defendant

_____
Attorney for Michael J. Bedwell
Counsel for Defendant

Before_____
*Judicial Officer*